UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CONNOR TRUE,

                CASE NO.: 6:22-CV-00220-CEM-GJK

    Plaintiff,

v.

THE NEMOURS FOUNDATION, d/b/a
NEMOURS CHILDREN'S HOSPITAL

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or Administrative agency as indicated below:

X  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of the NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than 14 days after appearance of the party.

Dated: February 11, 2022

**BURRUEZO & BURRUEZO, PLLC**

*/s/ Deborah E. Frimmel, Esq.*
**DEBORAH E. FRIMMEL, ESQ.**
Florida Bar Number 93970
deborah@burruezolaw.com
docketing@burruezolaw.com
911 Outer Road
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905
*Attorneys for Plaintiff, Connor True, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 11, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served via USPS on Defendant, The Nemours Foundation 6535 Nemours Pkwy, Orlando, FL  32827.

**BURRUEZO & BURRUEZO, PLLC**

*/s/ Deborah E. Frimmel, Esq.*
**Deborah E. Frimmel, Esq.**