# Exhibit 2

From: Brogan, Ryan J. <Ryan.Brogan@nemours.org>
Sent: Friday, December 11, 2020 5:30 PM
To: Hoffman, Amber <Amber.Hoffman@nemours.org>
Subject: C.T.

This is rapid so forgive grammar --

1. It remains very difficult to assess Conner's knowledge. His overly-enthusiastic attitude definitely compensates for his below average medical knowledge. I can't remember an independent thought (assessment or plan) that came from him recently. He acts like a manager or a walmart greeter, not a doctor. I can honestly say I have no clue what is actual medical knowledge is. (this is why I miss traditional morning report)
2. He also claims plans were his own when they weren't. "That kid needed a CT STAT – and I called and made it happen! I confirmed everything with GI and Surgery and we got this kid what he needed!". Conner, no you didn't, everything was done on that kid before the ED even paged us for the admission. Mind you, I was the attending on the opposite team and could easily hear this from across the room at morning signout.
3. Conner wants everything expedited and has been caught saying things are done when in truth they were not. Example, entering orders for his interns during admissions, giving me his favorite phrase "everything is all set, I need to go to a meeting, but I made sure everything is all set before I go" but then later I find out nothing was done and the intern did all the orders. When I asked the intern (Brandon), he said this has happened before. He has two competent interns, who are also very fast, and who clearly run the show and Conner takes credit. Imagine if he was with Kirstie.
4. There is always something going on that requires him to be off the floor. Meetings with GME (I never confirmed if this is true), saying he is doing resident interviews when he is post-call (??), asking if he can leave early to go to a soccer game, and asking to leave early to see his niece (multiple tmes). He always smoothes things over by again saying his favorite phrase: "everything is all set, I need to go to _____, but I made sure everything is all set before I go. Are you doing OK? Anything I can get you? No? Great! Have a good one!"
5. I am very concerend that Conner is overly-stimulated from medicines or caffeine, over the past week his speech and cadence has become almost unbearable to listen to. I need to take catch my own breath just listneing to him. He constantly cuts people off and talks over everyone. Conner to the tenth power.
6. He wins people over by showing his community connections. This block alone I have heard about his connections in the back-market fish tank supplies, his family friend jeweler that gives great deals, telling Robyn he can get her free fish at some restaurant, and offering me club soccer tickets after I told him I hated soccer.
7. Grandiose behavior (delusions?). I'm a doctor, I know such and such, I will hook you up, you'll love it! "I have a bridge to sell you". Half the hospital would buy it. He has that skill.
8. Next senior block we will have to give him strict rules, or tweek his requirement, make him a "senior educator" or something

**From:** Gill, Rebecca <Rebecca.Gill@nemours.org>
**Sent:** Saturday, December 12, 2020 9:22 AM
**To:** Hoffman, Amber <Amber.Hoffman@nemours.org>
**Subject:** Review

Amber,

Sorry I didn't write yesterday, I have been in car going to get my mom home for Christmas.

I know Ryan said it but all of our concerns are coming from a place of true care and concern for Conner. My conversation with him a few weeks ago really left me hopeful that he can do this but I am very worried now.

1. Medical knowledge: I have not seen any clear times where he has been able to show his knowledge. Interns have known the patients and the details of plans and diagnoses much better than Conner. In room with patient, he sits down with parent and verbatim repeats what intern or I said. Times he has had to use knowledge, it has been vague. One example is saying you use mag in asthmatics when they are tight at bases. Told Brandon, if she is tight at bases, order mag. He could not say why we use it or what it does, I had to jump in when he was asked. Then in room, it was again, "if she is tight, then I'm ordering mag stat. Don't worry, uncle, I'm ordering the medicine to fix this." Just very superficial reasons for the medical knowledge. On the good side, he does seem to build rapport with families but it is concerning because he also says some vague medical things with great confidence and so families hinge on what he says.
2. Work as senior: The interns report he was enthusiastic and positive and confident. They said he was very good at getting everyone where they need to be and managing the students. He told me that is a strength - the management of the team, and not so much the intern work of details and keeping up with the day to day issues. In the room, he would often talk over intern, get in the middle, say things like "I will be in clinic but dr Trandai will be here and don't worry I will be back tonight for whatever you need." Even though patient was Brandon's. Both interns did notice that his energy was quite high and over the top and mentioned maybe he was "compensating". By the way, Brandon and Nick did amazing as mini seniors.
3. Offering of things: I had noticed this last year but it is to a completely new level. The list includes: soccer tickets, game tickets with unlimited alcohol, universal backstage passes getting on all rides without line, hooking up ryan with coral distributors to make $2000 a piece of coral, sea world passes with dolphin experience, going on his boat to a nurse although he had just written a Midas on her and didn't mention that. Also, offered me a cell phone service for first responders that he gets for a deal and makes your phone "36000 feet above" everyone else's and it will always work and it's cheap and I can get you Apple Watch with the service.
4. Talking big and making me nervous to report concerns: He told me the story about outpatient doc and the letter. Then said if she wants to open practice in Windermere she will have to get into the upper echelon and those are my people. And that she is going to be very surprised to see my face and family on the foundation she will need to be a part of in Windermere. He also told me many times how close to the three program directors

he is. How he got drunk with all of you in 2 weeks of orientation. How he drinks with hash in his backyard. How he has done things with brias kids and she is his mentor and loves him.
5. His behaviors: over the last two weeks especially, extremely pressured speech. Almost to painful level. Loud. Harsh. Telling same story repeatedly. On rounds every day telling same story. Coming into our office and sitting at computer and when another attending comes in, continuing on and not offering computer. Taking credit for multiple things even though the follow through was other people. Speaking harsh to new social worker. Although I agreed with calling, he was talking down to her. His hands shook and he almost couldn't show me a video on his phone. He has talked a lot about being upset when nurses go against his orders and he doesn't understand how they question a doctors orders. He wrote at least two midases about nurses "who didn't take his orders". Said a picu doc calls him some nickname he doesn't like and says "she can call me Doctor True." Noted that the outpatient pediatrician who wrote the letter is younger than him and he did all her work for her while she "handled issues with day care for her kids."

Again, all this really escalated in the time since he took the 4-5 days off. I was concerned when that happened as it has happened multiple times on inpatient rotations. I am concerned about his mental state. I am concerned his behaviors are overcompensating for a lack of medical ability and knowledge. I am concerned with how he has spoken to staff and families. I am concerned that without the multiple checks and balances we have inpatient that things could be missed or errors could be made. I want him to succeed but he can't keep going how he is.

Please let me know how it proceeds.
Thanks, Rebecca

Get Outlook for iOS




From: Hash, David H. <David.Hash@nemours.org>
Sent: Sunday, December 13, 2020 2:19 PM
To: Hoffman, Amber <Amber.Hoffman@nemours.org>; Struk, Magdalena M. <Magdalena.Struk@nemours.org>; Hash, David H. <David.Hash@nemours.org>
Subject: Feedback on Conner True

Copied from text from Dr Struk to Dr Hash on 12/12/2020

While I have not had the opportunity to work with Conner as his supervising attending during this rotation, I've have been able to observe his actions during my shifts otherwise (when he is in our office discussing plans with his attending). His behavior and actions seem quite erratic and concerning. Often times his speech is pressured, he appears tremulous. No matter how big or small issue issue, everything appears overly dramatized.

At this point, I would have concerns about Conner interviewing a patient/family alone - for example admitting/evaluating. I would have concerns about him making inappropriate

assessments in addition to making unrealistic promises to families (especially the difficult ones), just to appease them.

Let me be clear, myself and colleagues certainly want Conner to succeed. However, currently, he has cast doubt as to whether he is able to carry out his resident duties in a safe and responsible manner. I support the appropriate intervention to help Conner address any personal issues he may be struggling with so as to get him on the right path again.

**From:** Ngo, Vi <Vi.Ngo@nemours.org>
**Sent:** Friday, December 11, 2020 6:38 PM
**To:** Hoffman, Amber <Amber.Hoffman@nemours.org>
**Subject:** Resident evaluation

Hello,
This evaluation is in regards to Conner's performance during his inpatient month block 6. I have worked with Conner approximately 3 days at the beginning of December. I am concerned with the level that he is functioning at and his ability to be a senior. During this time period, I noted a medication reconciliation that was incorrect with diuretics and anti-hypertensives that were continued that the patient was no longer on. On another patient encounter, the intern obtained an anti-hypertensive dose that was discussed on rounds and ordered for discharge. a different dose was ordered for inpatient by Conner and I had to clarify which dose the patient was suppose to receive. Conner was noted to get upset when pharmacy contacted him to correct medications that he had ordered. I am concerned that his medical knowledge is not where it should be for his level of training. It does not appear that he has independent thought processes but will "jump on" and interrupt the other residents when they are talking.
I have not spoken to Conner about these incidences but plan to on Sunday.
Get Outlook for iOS