UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CONNOR TRUE, M.D.,

    Plaintiff,

vs.                              CASE NO. 6:22-cv-00220-CEM-GJK

THE NEMOURS FOUNDATION, a
Florida Not-For-Profit Corporation,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT
*And Incorporated Memorandum of Law*

Defendant, THE NEMOURS FOUNDATION ("Nemours"), by and through its undersigned counsel and pursuant to Local Rule 3.01(d), respectfully moves for leave to file a seven-page reply brief in support of its Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss") (Doc. 10) within ten (10) business days after the Court grants the instant Motion. For the reasons set forth below, Nemours' Motion for Leave should be granted.

### BACKGROUND INFORMATION

1. Plaintiff, CONNOR TRUE, M.D. ("Dr. True"), filed his Complaint and Demand for Jury Trial (the "Complaint") (Doc. 1) on February 2, 2022. In his Complaint, Dr. True brings claims for disability discrimination under the Americans with Disabilities Act (the "ADA") and the Florida Civil Rights Act

4866-1533-9293.1

(the "FCRA"). Dr. True also brings a claim for breach of contract based on Nemours' alleged failure to evaluate his performance in accordance with his Graduate Medical Education Agreement (the "GMEA").

2. Nemours filed its Motion to Dismiss, in which it moved to dismiss Dr. True's Complaint in full and with prejudice, on April 4, 2022.

3. Dr. True filed his Response in Opposition to Defendant's Motion to Dismiss (the "Response in Opposition") (Doc. 13) on April 20, 2022. In his Response in Opposition, Dr. True misstates the current legal standard governing motions to dismiss brought under Federal Rule of Civil Procedure 12(b)(6), *see* Response in Opposition at p. 3; misinterprets the definition of "illegal use of drugs" under the ADA, *see id.* at pp. 6-7; maps a non-existent "pretext" analysis onto the threshold question of whether an individual is "qualified" for purposes of determining coverage under the ADA, *see id.* at pp. 7-10; and, with respect to his breach claim, wrongly claims that Nemours is "only" challenging "whether there was a material breach," *see id.* at p. 10.

## MEMORANDUM OF LAW

While parties are generally not entitled to a reply as a matter of right, district judges have broad discretion to grant leave to file a reply and will ordinarily do so only if the movant has shown "good cause" for the reply. *See In re Fiddler's Creek, LLC*, 2015 WL 4470093, at *2 (M.D. Fla. July 21, 2015) (explaining purpose of reply brief is "to rebut any new law or facts contained

2

in the opposition's response to a request for relief before the Court"). In this case, Dr. True's Response in Opposition raises issues beyond those raised in the Motion to Dismiss and, in doing so, misstates applicable law and ignores the allegations in his own Complaint. As a result, additional briefing is warranted and would "benefit the Court's resolution of the pending motion." *Id.* at \*2; *Ottaviano v. Nautilus Ins. Co.*, 2009 WL 425976, at \*1 (M.D. Fla. Feb. 19, 2009) (granting leave to file a reply where plaintiff argued "defendant has misstated the facts and that defendant's case law should not be applied to the facts of the present case").

## CONCLUSION

Based on the above, Nemours respectfully requests that this Court grant its Motion for Leave to File Reply in Support of its Motion to Dismiss and allow it to submit a seven-page reply brief within ten (10) business days of the granting of the instant Motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g) of the Middle District of Florida, Nemours' counsel conferred in good faith by phone with counsel for Dr. True on April 27, 2022. Dr. True's counsel does not oppose Nemours' Motion for Leave.

Dated: April 27, 2022.

Respectfully submitted,

*/s/ Mary Caroline Cravatta*

John S. Lord, Jr.
Florida Bar No. 16527
jlord@foley.com
jbegona@foley.com
Kate L. Pamperin
Florida Bar No. 1026546
kpamperin@foley.com
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Blvd.
Suite 1900
Miami, Florida 33131
Telephone: 305.482.8400

Mary Caroline Cravatta
Florida Bar No. 125712
mcravatta@foley.com
FOLEY & LARDNER LLP
301 E. Pine Street
Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-7656

***Counsel for The Nemours Foundation***

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 27, 2022, a copy of the foregoing was electronically filed via CM/ECF, which will effect service on all counsel of record identified below.

    Deborah E. Frimmel
    deborah@burruezolaw.com
    docketing@burruezolaw.com
    BURRUEZO & BURRUEZO, PLLC
    911 Outer Road
    Orlando, Florida 32814

                              */s/Mary Caroline Cravatta*
                              Mary Caroline Cravatta