UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONNER TRUE, M.D.,**

    **Plaintiff,**

v.                                   CASE NO.: 6:22-CV-00220-CEM-GJK

**THE NEMOURS FOUNDATION, a
Florida Not-for-Profit Corporation,**

    **Defendant.**

_____/

## Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

### 1. Date and Attendees

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on May 11, 2022. Deborah E. Frimmel, Esq. representing Plaintiff and Jack Lord, Jr., Esq. and Mary C. Cravatta, Esq. representing Defendant attended the conference.

### 2. Deadlines and Dates

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | May 27, 2022 |

| | |
|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | July 25, 2022 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | January 11, 2023 |
| Defendants' deadline for disclosing any expert report. | February 13, 2023 |
| Deadline for disclosing any rebutting expert report. | March 13, 2023 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | April 26, 2023 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | May 26, 2023 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Enter mediator's name, address, and phone number.<br><br>Kay L. Wolf<br>Kay L. Wolf Mediation Services, LLC<br>801 Silver Drive<br>Orlando, FL 32804<br>(407) 758-6984 | March 27, 2023 |
| Date of the final pretrial meeting. See Local Rule 3.06(a). | September 27, 2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | October 4, 2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | October 11, 2023 |

| Month and year of the trial term. | November 2023 |
|---|---|

The trial will last approximately 4-5 days and be

X jury.

_ non-jury.

3. **Description of the Action**

This is an action for alleged violations of the Americans with Disabilities Act of 1990 and the Florida Civil Rights Act of 1992. Plaintiff, a former employee of Defendant, alleges he was discriminated against based on his disability. Defendants adamantly deny these allegations.

4. **Disclosure Statement**

   X  The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   X  The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

   The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

    _ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

    X The parties do not consent.

**7. Preliminary Pretrial Conference**

    X The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

    _ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

**8. Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

X The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

**9. Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

    X Yes.

    _ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: list the subjects.

C. Discovery should be conducted in phases:

    X No.
    __ Yes; describe the suggested phrases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

X   No.

__ Yes; describe the issue(s).

E. X   The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

X   No.

__ Yes; describe the stipulation.

## 10. Request for Special Handling

X   The parties do not request special handling.

__ The parties request special handling. Specifically, describe requested special handling.

__ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

X   The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

Respectfully submitted this the 11th day of May, 2022.

5

/s/ Deborah E. Frimmel, Esq.
**DEBORAH E. FRIMMEL, ESQ.**
Florida Bar Number 93970
deborah@burruezolaw.com
BURRUEZO & BURRUEZO, PLLC
911 Outer Road
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

*Attorneys for Plaintiff*,
Conner True, M.D.

/s/ John S. Lord, Jr., Esq.
**JOHN S. LORD, JR., ESQ.**
Florida Bar No. 16527
jlord@foley.com
jbegona@foley.com
**KATE L. PAMPERIN, ESQ.**
Florida Bar No. 1026546
kpamperin@foley.com
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Blvd.
Suite 1900
Miami, Florida 33131
Telephone: 305.482.8400

**MARY C. CRAVATTA, ESQ.**
Florida Bar No. 125712
mcravatta@foley.com
FOLEY & LARDNER LLP
301 E. Pine Street Suite 1200 Orlando,
Florida 32801 Telephone: (407) 423-7656

*Attorneys for Defendant*
The Nemours Foundation