UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-CV-00220-CEM-DAB

**CONNOR TRUE, MD.,**

    Plaintiff,

v.

**THE NEMOURS FOUNDATION, d/b/a
NEMOURS CHILDREN'S HOSPITAL**

    Defendant.
_____/

## MEDIATION REPORT

    This matter was mediated before the undersigned mediator on February 24th, 2023. The mediation was conducted via Zoom teleconference, and all parties participated. The case settled in full. The parties will file appropriate dismissal paperwork.

Dated: February 24, 2023

                                                    Respectfully Submitted,

                                                    *Robyn S. Hankins*
                                                    Certified Mediator – Florida Supreme Court
                                                    Florida Bar No. 0008699
                                                    ROBYN S. HANKINS, P.L.
                                                    1217 Merlot Dr.
                                                    Palm Beach Gardens, Fl.  33410
                                                    Telephone: (561) 721-3890
                                                    robyn@hankins-law.com
                                                    scott@hankins-law.com

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        By:    ***/s/Robyn Hankins***
                Robyn Hankins